OPINION — AG — THE LANGUAGE OF 74 O.S. 356.6 [74-356.6] (BONDS SHALL BE AUTHORIZED BY THE BOARD (OKLAHOMA PLANNING AND RESOURCES BOARD) SHALL BE AT A PERCENTAGE RATE) MAY LEGALLY SELL THE PARK IMPROVEMENT BONDS REFERRED FOR LESS THAN THE VALUE PRINTED IN THE FACE OF THE BONDS, THAT IS, IF THE DISCOUNT IS NOT SO GREAT AS TO COST THE STATE A HIGHER RATE OF INTEREST THAN " SIX PERCENT PER ANNUM PAYABLE SEMI ANNUALLY ". CITE: (BELOW PAR), 74 O.S. 356.2 [74-356.2] (FRED HANSEN)